No. 25-8018

# United States Court of Appeals

*for the*

# Third Circuit

THOMAS REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION,

*Appellees,*

*vs.*

ROSS INTELLIGENCE INC.

*Appellants.*

ON APPEAL BY PERMISSION FROM AN ORDER OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE
CIVIL ACTION NO. 20-613
(THE HONORABLE STEPHANOS BIBAS, U.S. DISTRICT JUDGE)

**MOTION FOR LEAVE TO FILE *AMICUS* BRIEF IN SUPPORT OF APPELLANT/DEFENDANT'S PETITION FOR CERTIFICATION**

| | |
|---|---|
| FROST LLP | PRICKETT, JONES & ELLIOTT, P.A. |
| Christopher Frost (#200336) | Samuel L. Closic (#5468) |
| Nicholas Lauber (#288499) | 1310 North King Street |
| Jeffrey Miles (#293869) | Wilmington, Delaware 19801 |
| 10960 Wilshire Boulevard, Suite 2100 | (302) 888-6500 |
| Los Angeles, California 90024 | slclosic@prickett.com |
| (424) 254-0441 | |
| chris@frostllp.com | *Attorneys for Amici Curiae* |
| lauber@frostllp.com | |
| miles@frostllp.com | |

Pursuant to Rule 29(a)(3) of the Federal Rules of Appellate Procedure, proposed amici curiae respectfully move for leave to file the attached amicus brief in support of Defendant-Appellant ROSS Intelligence Inc.'s petition for interlocutory appeal.

## Interest of Amici Curiae

Proposed amicus Professor Brian L. Frye is the Spears-Gilbert Professor of Law at the University of Kentucky Rosenberg College of Law. He teaches and writes extensively on copyright law, including issues surrounding artificial intelligence and originality. Professor Frye is one of the most downloaded authors on SSRN, a platform dedicated to the dissemination of scholarly research, and he has been widely and frequently published. As of March 1, 2025, Frye held the 26th spot among 3,000 law authors for total new downloads over the past 12 months. Professor Frye has a strong interest and expertise in the proper scope of copyright protection, particularly as it relates to factual works and AI training data.

## Reasons Why the Amicus Brief Is Desirable and Relevant

This appeal presents a novel and important question concerning whether certain factual and functional legal summaries—West's headnotes—are eligible for copyright protection. Amici offer expertise on the legal standards governing originality and the boundaries of protectable expression under U.S. copyright law. The brief will assist the Court by contextualizing the challenged activities under

1

controlling precedent such as *Feist Publ'ns, Inc. v. Rural Tel. Serv. Co.*, 499 U.S. 340 (1991), and Third Circuit authority including *Southco, Inc. v. Kanebridge Corp.*, 390 F.3d 276 (3d Cir. 2004) (en banc).

Amici believe this Court's review is particularly warranted at the interlocutory stage, as the copyrightability of West's headnotes is a threshold issue that may eliminate the need for further litigation, and amici's perspective may help the Court resolve the threshold question of copyrightability.

For the foregoing reasons, amici respectfully request that the Court grant leave to file the attached amicus brief.

|  | PRICKETT, JONES & ELLIOTT, P.A. |
|---|---|
| FROST LLP | By: */s/ Samuel L. Closic* |
| Christopher Frost (#200336) | Samuel L. Closic (#5468) |
| Nicholas Lauber (#288499) | 1310 North King Street |
| Jeffrey Miles (#293869) | Wilmington, Delaware 19801 |
| 10960 Wilshire Boulevard, Suite 2100 | (302) 888-6500 |
| Los Angeles, California 90024 | slclosic@prickett.com |
| (424) 254-0441 | |
| chris@frostllp.com | *Attorneys for Amici Curiae* |
| lauber@frostllp.com | |
| miles@frostllp.com | |

Dated:  April 21, 2025