# CERTIFICATE OF SERVICE

I, Samuel L. Closic, do hereby certify on this 21st day of April, 2025, that I caused the foregoing Motion to be electronically filed using the Court's CM/ECF system, and service for the foregoing Motion will be accomplished through e-mail to counsel of record on Monday, April 21, 2025. The following counsel will be served via their e-mail addresses:

| | |
|---|---|
| Anne M. Voigts<br>Ranjini Acharya<br>Pillsbury Winthrop Shaw Pittman LLP<br>2550 Hanover Street<br>Palo Alto, CA 94304<br>anne.voigts@pillsburylaw.com<br>ranjini.acharya@pillsburylaw.com | Yar R. Chaikovsky<br>Andy LeGolvan<br>White & Case LLP<br>3000 El Camino Real<br>2 Palo Alto Square<br>Suite 900<br>Palo Alto, CA 94306<br>yar.chaikovsky@whitecase.com<br>andy.legolvan@whitecase.com |
| Kayvan Ghaffari<br>Pillsbury Winthrop Shaw Pittman LLP<br>Four Embarcadero Center<br>2nd Floor<br>San Francisco, CA 94111<br>kayvan.ghaffari@pillsburylaw.com | Mark S. Davies<br>Anna B. Naydonov<br>Kufere J. Laing<br>White & Case LLP<br>701 Thirteenth Street, NW<br>Washington, DC 20005<br>mark.davies@whitecase.com<br>anna.naydonov@whitecase.com<br>kufere.laing@whitecase.com |
| Warrington S. Parker III<br>Jacob Canter<br>Crowell & Moring LLP<br>3 Embarcadero Center<br>San Francisco, CA 94111<br>wparker@crowell.com<br>jcanter@crowell.com | Michael J. Flynn<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>mflynn@mnat.com |

| | |
|---|---|
| Yungmoon Chang<br>Allyn Belusko<br>Kirkland & Ellis LLP<br>2049 Century Park East<br>Los Angeles, CA 90067<br>yungmoon.chang@kirkland.com<br>allyn.belusko@kirkland.com | Dale M. Cendali<br>Joshua L. Simmons<br>Jeremy King<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>dale.cendali@kirkland.com<br>joshua.simmons@kirkland.com |
| Miranda D. Means<br>Kirkland & Ellis LLP<br>200 Clarendon Street<br>Boston, MA 02116<br>miranda.means@kirkland.com) | David E. Moore<br>Bindu A. Palapura<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.co |

/s/ *Samuel L. Closic*
Samuel L. Closic (#5468)
*Attorneys for Amici Curiae*