UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

DCO-092

No. 25-8018

THOMPSON REUTERS CENTRE GMBH;
WEST PUBLISHING HOUSE

v.

ROSS INTELLIGENCE INC,
Petitioner

(D. Del. No. 1:20-cv-00613)

Present:  PHIPPS, CHUNG, and SMITH, Circuit Judges

1. Petition for Permission to Appeal under 28 U.S.C. § 1292(b) filed by Ross Intelligence Inc.;

2. Addendum to Petition for Permission to Appeal;

3. Response by Respondents in Opposition to Petition for Permission to Appeal; and

4. Motion by Professor Brian L. Frye for Leave to file Amicus Brief in Support of Petition for Petition for Certification.

Respectfully,
Clerk/sb

_____ORDER_____

The foregoing are considered.  The petition for permission to appeal under 28 U.S.C. § 1292(b) is GRANTED.  The motion for leave to file amicus brief is GRANTED.

By the Court,

s/ Cindy K. Chung
Circuit Judge

Dated: June 17, 2025
Sb/cc:   All Counsel of Record